169 A.3d 967

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
JULIAN B. HAMLETT, DEFENDANT-PETITIONER.

June 1, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004399–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted; and it is further

ORDERED that the appellant may electronically serve and file a supplemental brief on or before August 1, 2017, and respondent may serve and file a supplemental brief forty-five (45) days after the filing of appellant's supplemental submission, or, if appellant declines to file such a submission, on or before September 15, 2017.